THE HONORABLE ROBERT S. LASNIK
MAGISTRATE JUDGE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| WILLIAM B. GREENE,<br><br>                Petitioner,<br><br>   v.<br><br>JEFFREY UTTECHT,<br><br>                Respondent | NO. C08-40-RSL-MAT<br><br>(~~PROPOSED~~) ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER |

Respondent, having filed a Motion for Extension of Time to File an Answer in this matter, and the Court being fully advised and having examined the records and files herein;

NOW THEREFORE, it is hereby

ORDERED that Respondent's Motion for Extension of Time to File an Answer in this matter be and the same is hereby granted.

Respondent's Answer to Petition for Writ of Habeas Corpus shall be due on or before April 25, 2008.

DATED this <u>18th</u> day of April, 2008.

                                                  s/ Mary Alice Theiler
                                                United States Magistrate Judge

Submitted by:

ROBERT M. MCKENNA
Attorney General

/s/ Paul D. Weisser
PAUL D. WEISSER, WSBA# 17918
Senior Counsel