UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WILLIAM B. GREENE, | ) | CASE NO. C08-0040RSL |
| Petitioner, | ) | |
| v. | ) | ORDER DENYING FEDERAL HABEAS PETITION |
| JEFFREY UTTECHT, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer to the petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, the objection of the petitioner, the respondent's response, and the petitioner's reply, does hereby find and Order:

(1) The Court adopts without any changes the thorough and well-reasoned Report and Recommendation of Judge Theiler; and

(2) Petitioner's federal habeas petition (Dkt. No. 5) is DENIED and this action is DISMISSED with prejudice.

Dated this 2nd day of September, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge