UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM B. GREENE,

        Petitioner,

v.

JEFFREY UTTECHT,

        Respondent.

No. C08-0040RSL

ORDER DENYING PETITIONER'S
MOTION FOR RECONSIDERATION

On September 2, 2008, this Court denied petitioner's federal habeas petition and dismissed the case with prejudice. Petitioner filed a timely motion for reconsideration (Dkt. # 23), arguing that the Court overlooked three important points of law in coming to its decision.

Motions for reconsideration are disfavored in this district. Such motions will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier without reasonable diligence." Local Civil Rule 7(h)(1). Because the three points of law identified in the petitioner's motion were brought to the Court's attention while this case was still pending, petitioner has not met his burden and his motion for reconsideration is DENIED.

ORDER DENYING PETITIONER'S
MOTION FOR RECONSIDERATION

| | |
|---|---|
| 1 | Dated this 8th day of October, 2008. |
| 2 | |
| 3 | *signature* |
| 4 | Robert S. Lasnik<br>United States District Judge |

ORDER DENYING PETITIONER'S
MOTION FOR RECONSIDERATION			-2-